The first is No. 241312, Micron Technology v. Netlist, Inc., Mr. Ruckheim. Yeah, you're on. Oh, good. Sorry, Your Honor, I missed that last part. I did hear the case name and I'm part of that case. My name is Mike Ruckheim. I'm arguing for the Micron Appellates. And I hope everybody had a happy holiday. And I'm ready to begin when the court is. Go ahead. May it please the court. This case is stemming from two IPR proceedings. The 744, from the 744 petition and the 745 petition. And I'll take the arguments in numerical order unless the panel wishes otherwise. The question for the 744 proceeding is one of claim construction, which this court reviews de novo. The question is what does the claim term specified data rate mean? Micron identified in its petition that the term has a broad meaning, simply that it means the module has a constrained or set rate. And there's no dispute that the Halbert prior art here sets a rate of twice the rate of the registered DEM, the registered DEM being the prior art described in Halbert's Figure 2. But Micron went further in its reply in response to Netlist's argument that the claim requires a single numerical value. It showed how Halbert discloses a one-to-one data, pieces of data per strobe rate, both at the module, at the rank, and throughout the system. And specifically, I would direct the panel to appendix 1973, where Micron identified that Halbert discloses this rate because it uses the same clock rate as the DQS, which stands for data something strobe, DQ strobe, that clocks the data out of the memory module and throughout the circuitry. Counselor, would you say that Halbert disclosed a specified data rate, or are you talking about just different data rates? Your Honor, the way this actually played out is in our petition, we identified that Halbert does disclose a set or constrained data rate, which is a specified data rate. It sets a data rate of two module outputs per one rank output per command. It also just states that the rate is twice the rate of the prior art DEM memory module. For purposes of understanding, Halbert and the patent disclosed different data rates. Halbert is one, and under the pen is two bits, let's say. Well, so we identified under a broad interpretation of the term, Halbert sets a data rate, but we also said even under net list interpretation, you have to have a single number, a per clock unit number. Halbert discloses this single number because it discloses one piece of data exiting the rank per every data strobe, and then you see in Halbert's figures four and I believe five, there's a shift in the data strobe size, such that the module itself, the larger, let's say, printed circuit board, is also outputting one piece of data per data strobe. I don't understand the answer. I mean, I'm looking at Halbert figure four, and it seems to me as it's annotated data rate one, two, and one and two, the data rates are not the same. So how do you get... I guess you're agreeing the data rates have to be the same. We do agree that the preamble reference to specified data rate means a specified data rate for the module itself. So it provides antecedent basis for the later term specified data rate. So they have to be the same. We agree they have to be the same. So how are they the same in figure four? With respect to Halbert's figure four, you have... I'm sure I got these numbers right. Let's see, Halbert figure four, you have ranks 140 and 142. And then you really have to look at Halbert's figure five to see the timing of those ranks. And you see that the two ranks emit data, one piece of data on DQ0, DQ1, in reference to these two strobes, RDQ1 and RDQ0. So that's a one-to-one relationship of data per strobe from the rank. And then when you get down to the output of the module, that's the last two lines in figure five. And it's a one-to-one relationship between the DQ, which is your data line, and DQS. So you're moving from the same rate to a ratio? Rate just means ratio. Rate means per. Rate does not mean per clock cycle. It's really memory bus clock cycle. But the board concluded otherwise, right? The board did conclude otherwise in its claim construction. And we believe that claim construction is in error. And there's a number of reasons why. The first is that the 314 patent does not disclose or define, as this court requires, that the term specified data rate means pieces of data per memory bus clock cycle. We have an admission from their expert. The ordinary meaning would be per clock cycle. Well, the ordinary meaning of rate itself, outside of the just in general, just a plain ordinary meaning, just means a ratio, a per. And then we have a netlist expert admitting that the term specified data rate has no definite meaning in the art, no special industry meaning that would limit it, the pieces of data per clock cycle. And then I will direct the court. So if we disagree with that, the board's correct, right? We disagree with the statement you've just made. That the netlist expert admitted that there's no special industry meaning here. If data rate means per clock cycle, you lose. If data rate means per memory bus clock cycle, we lose on this issue. We don't believe that is the case. It's not defined in the 304. Now, this expert says the opposite. And then the Halbert prior art itself states, and this is at, hold on a second. I mean, this argument seems to be sort of contrived in the sense that you're comparing it to the strobe rate and the strobe rate is different from the multiplexer to the controller and from the ranks to the multiplexer, right? Well, the strobe, the data per. No, just answer my question. I believe they're the same. The data per strobe rate throughout the system is the same. But compare it because the strobe rate's different. Because the strobe has a shift at the module output. So it maintains a one-to-one relationship throughout the system from the ranks of module. As I understand it, the strobe rate or whatever you want to call it is different from the controller to the multiplexer to the controller and from the ranks to the multiplexer, right? The strobe size. The strobe size, okay, it's different. Which maintains the one-to-one piece of data per strobe. Which is how you get to the argument that there's a one-to-one ratio. Exactly, Your Honor, exactly right. Seems rather odd. It seems odd, but we have a couple things going for us here. Number one, we can look at the extrinsic evidence. Here, Halpert itself says, and this is at appendix 91. I'm sorry, this is at appendix 1343, paragraph 58 of Halpert. It expressly says that the illustrated examples use source-synchronous strobe signals to clock data. It also says, but common clock signaling can also be used in some embodiments. What does this mean? There's two different ways to clock data. One is to use data strobes. One is to use common clock cycles. The 304 patent did not limit to either different way. Halpert itself explicitly states there's two different ways to do this. The other way to know is Netlist Expert admitted it. We asked Netlist Expert. But if we just, let's start with the intrinsic evidence, and namely the claim language. They use specified data repeatedly. It's specified data rate, right? It's not just data rate. It's specified data rate.  Meaning, and the board, I understand the board, and you can correct me if I'm wrong, the board construed that as being the same data rate. It's singular and not plural. They look at other uses in the claims when they're drafting claims, and they use a first and a second data rate. So if you just look at the intrinsic evidence, that's supportive of how the board construed the claim, correct? No, Your Honor. Well, two things there. One, the board did have a claim construction section where it construed the claim as Your Honor said. But if you look at how the board applied that construction, it's implicit. Are you agreeing with, I know you've got another argument about how they applied it differently. But as to that construction, that the specified data rate is the same data rate throughout the use of that term in the claims. Do you agree with that? I do agree with that. Then say they misapplied it, or do you not agree with that statement? I agree with that. I agree that the board construed it that way, but also added... My question isn't whether they construed it that way. The question is whether you agree with that construction, but you're arguing that they just misapplied it, or whether you disagree with that construction. I agree with that construction, if that construction is that the preamble provides antecedent basis for the remainder, so that you have a one-to-one relationship, or just a constraint. You're not answering my question. They construed specified data rate to refer to the same data rate. Do you agree with that? I agree. The same data rate. They have to be the same data rate. Yes. Then you're saying they misapplied it because they didn't allow for ratios and so forth? They added to that construction by limiting the construction to pieces of data per common clock cycle. What is it in the specification that supports your notion that specified data rate is referring to a ratio? In particular, this ratio between the data rate and the strobe. Absolutely. There's two different things. One, the specification doesn't limit to just data per common clock. Instead, the only time it discusses rate, it says the word DDR, which stands for double data rate, which both sides agree means data per strobe edge. The only discussion in the 314 patent relates to data per strobe. The claim language itself, when it uses the term rate. Where do they tie the data per strobe to the specified data rate? It does not discuss specified data rate outside the claim. Okay.  Do you want to talk about your second issue? Yes, Your Honor. The last thing is, I don't know if I mentioned it, but... Let me clarify something. The specified data rate, it's a rate that has to be the same throughout the module, let's say. That is correct, Your Honor, and we identify it in two ways. One, however, constrains the data rate for the module. That's the broadest interpretation. The second is there's a one-to-one rate throughout the module of data per strobe. Netlist expert, just to finish this up, appendix 2131 admitted that when you have DDR devices, which is disclosed in Halbert, and disclosed in 314... Let's go back. Halbert discloses a different data rate than what's disclosed, say, under the patent. It's the same data rate. They both disclose DDR devices with a double pieces of data per strobe rate. Doesn't Halbert disclose data rate at, like, one bit? Halbert also discloses you can have one bit, one piece of data coming out of each ring versus two pieces of data coming out of a module, and that only makes... That we're focused on under its interpretation of pieces of data per common clock cycle. The difference is that one is expressed as a non-concurrent, and the other is expressed as concurrent flow. There's absolutely that, because the board did make a factual determination that Halbert discloses the concurrent and non-concurrent mode, but the real issue for the 745 petition is... That's really the basis or the point here we're discussing with respect to section 103, right? That's with respect to the 745 petition. I think that's correct, Your Honor. Okay. Yeah, for the 744, it's mostly just, what does this term mean? Is it limited to just pieces of data per memory bus clock cycle, and the 304 patent doesn't support that, and all the evidence to the contrary shows that it can also be limited to pieces of data per strobe. Going to the 745 petition, which I know we have less time now for, the primary question for the 745 is did the board implement the flexible obviousness test as required by the KSR opinion? And no, the board implemented overly rigid. Okay, that doesn't help me that much. Where is the disclosure in Halbert of non-active signals? I mean, you say disclosures in figure two, right? You would combine figure two and figure four, right? Absolutely, Your Honor. The disclosure, so there's a couple things. There's a disclosure of active and inactive chip select signals generally in Halbert's figure two. We also pointed out that the industry standard here, the JES V21C industry standard for the DRAM devices that are disclosed in Halbert specifically says that you have chip select signals, and so this is not an obviousness showing where we have to look at some dusty reference located abroad in the filing cabinet. You have the reference. But you can have chip selection and two active signals. Chip selection doesn't necessarily imply non-active signals. Well, Halbert actually, figure two, does show active and non-active chip selects. Yeah, and that's the prior art. But what about figure four? Figure four doesn't say. The board said that it would contradict the claim language in figure four. Well, there's two issues there, Your Honor. One, just going to the board statement that Your Honor just referenced, that statement, this brings up the Parker vision case. The board focused on Halbert's concurrent mode when it also made a factual finding that Halbert had a non-concurrent mode, and so in doing so, by only focusing on the concurrent mode as a way to defeat obviousness. Why would you have a non-active signal in Halbert that they distinguish the prior art, which has a non-active signal? They have two active ranks, and the multiplexer is alternating between the two of them. So why would you have a non-active signal? I'm not understanding. Sure, you would have a non-active signal for the non-concurrent mode in Halbert, which the board found actually exists. That's the prior art. That's not Halbert itself. No, the board is discussing how the memory module itself, this is the Halbert's inventive memory module. I believe it's 200 or 100. It can be configured to have this non-concurrent mode just because Halbert discusses that the ranks will emit. I'm not understanding what you're saying. What part of the board's decision are you referring to? Sure, this is where the board mentions generally. Give me one second.  It says this is at appendix, page 15 of the board's final written decision. 16. 15. 15. The board says as discussed above, Halbert's figure five shows ranks operating concurrently. This is not to say that Halbert cannot be configured to operate with active and non-active signals, such as the ranks do not act concurrently. And the board cites the evidence for that. And that's a factual finding? This is a factual finding that's not being disputed on appeal. Netless has not appealed this factual finding by the board, and this factual finding is entitled to substantial deference. Okay, here's how I understood the board's analysis. If figure four were to be modified as you proposed, then all the requested data would not be delivered to the memory controller. So the module would not work, much less achieve the increased memory throughout which figure four was designed. Do you agree or disagree with that? I do disagree. We agree that the module will not work for the concurrent mode operation, but Halbert has two modes, and under Parker vision, you have to look at both. No, Halbert doesn't have two modes. The prior art has one mode, and Halbert itself has a different one. Well, I mean, this is what the board found. It's on page 15 of the opinion that. That doesn't help. What's the appendix reference, 30? Page 15 of the opinion. Appendix 30, Your Honor. And what language are you relying on? The paragraph starts with as discussed above.  It says Halbert's figure five shows ranks 140 and 142 operating concurrently. This is not to say Halbert cannot be configured to operate with active and non-active signals. The main issue here is that we identified a strong motivation to combine chip-select signals generally with Halbert's figure four. One, it's just to be compliant with the industry standard. One is to select from the two different ranks. The problem is that Halbert has a multiplexer, and having a non-active signal in connection with a multiplexer doesn't make sense, right? Your Honor, we identified that the chip-select signals can be sent with the address command through the multiplexer to the ranks, and it has not been argued by the other side that having chip-select signals with the multiplexer does not make sense. In fact, the other side didn't rebut our showing at all that a faceta would be motivated to combine. The board here relied on the signals, the non-active signals not being received by the ranks, right? The board said that having non-active signals being received by ranks would not allow for the concurrent mode to operate. Yeah. Yes. But what the board didn't do and what Netless did not do is dispute that it's very obvious that chip-select signals generally could be active-active to Halbert's Figure 4 based on the Figure 2 and based on the industry standard. That's unrebutted. I don't understand how a multiplexer operates if you've got a non-active signal. Well, the way that Halbert's Figure 4 describes it responds to read operations, it says that its memory controller responds to read operations just like the Priorart would. Priorart receives active and non-active chip-select signals from the host that is the memory module. It's receiving these signals and it passes them through just like a normal memory controller would. Halbert, we've identified in our reply that it's a simple design choice of whether to select from one or both ranks concurrently or not concurrently. There's no, as I mentioned, there's no rebuttal at all to the fact that one of scale would be motivated to combine chip-select signals because it's part of the industry standard and we're talking about industry specified DDR, DRAM devices. They didn't dispute that. The board didn't address that. It only focused rigidly, overly rigidly on whether it made, whether active and non-active signals, whether there's a motivation to combine for those. And that wasn't the question. The question is adding in chip-select signals that was unrebutted. And I can reserve the remaining of my time. We're out of time. We'll give you two minutes for rebuttal. Thank you,  Thank you. Mr. Milliken. Thank you, your honors, and may it please the court. I will pick up where my friend left off with the figure two, figure four issue. The board did not find, and indeed Micron did not even argue below that figure four discloses a non-concurrent mode of operation. What Micron argued is that you would combine figure two and figure four and specifically combine figure two's disclosure of both active and non-active chip-select signals in order to make figure four operate non-concurrently. And the problem with that, as the board identified at appendix 30, the passage that your honors were just discussing with my friend is that the board said,  Halbert does not preclude operating figure four non-concurrently, but obviousness concerns not only whether a skilled artisan could do something, but also would be motivated to do that thing. And the problem here is that there was no motivation to modify figure four to operate it non-concurrently because that would defeat the whole purpose. The purpose of Halbert is to allow slower memory devices to operate with a faster memory controller. And the only way that you can do that is if you are operating both the ranks of memory devices at the same time. You're sending two pieces of data at once. They get serialized by the multiplexer and then they go out twice as fast at half the width to the memory controller. And was there any testimony in the record by their part by an expert saying you're wrong about that? Was that disputed? Their expert argued very generally that it would have been obvious to incorporate chip select signals from figure two into figure four. Our expert responded and said, no, that would not be obvious. And you can see this testimony at appendix 1778 to 1784. Our expert said, no, it would not make sense to use the active and non-active chip select signals of figure two and figure four, because if you did that, you would simply return the inventive embodiment of figure four back to the  And their own expert in his deposition, he conceded that this modification would quote, degrade Halbert. Figure four was trying to solve a problem with figure two and Micron's obviousness theory relied on changing figure four in order to reintroduce that very problem. The board relied on. Did the board say that it agreed with your expert? The board did credit our expert's testimony. If you take a look at appendix 29, the board said at the end of the first paragraph that Halbert's memory module outputs data to the system memory data bus at twice the rate that each of the ranks 140 and 142 outputs data. And then they cite our expert's testimony and they refer to it as credible. And then they go on and they cite his test. That's the same point, though. Well, but the analysis continues. Dr. Shabelsky testifies. The board says that Halbert operates multiple memory ranks concurrently to increase bandwidth of the memory system. The board says that it credits that testimony. And then on the discussion spanning from appendix 30 to appendix 31, the board explains that if you were to use active and nonactive signals in the system, you would not be able to predict the figure four's ability to do this thing that it was designed to do. But in that specific point, they didn't credit your expert or refer to your expert. It is correct that in the specific passage from appendix 30 to appendix 31, they do not cite the expert's testimony. But the expert's testimony can be found, as I said earlier, at appendix 1778 to 84, and the board expressly credited our expert's testimony about how Halbert worked. And under the APA, I believe that's sufficient to allow for affirmance on substantial evidence grounds. If I'm happy to answer any other questions on the motivation to combine issue, otherwise I'll go back to specified data rate. So Micron, both below and on appeal, has framed its arguments on claim one as turning on the meaning of the word specified in specified data rate. But the board didn't construe specified because it didn't need to. The board relied on very straightforward antecedent basis principles to conclude that whatever specified means, every instance of specified data rate in the claims is referring to the same rate. And I think my friend... Can't your friend is agreeing to that or not agreeing to that? I understand... That's what I was about to say. I understand that he agrees that each instance of the rate has to be the same. And... And the way they get around what the board is saying is that they say the board didn't consider that a ratio is a rate and the ratios are the same. And I would argue... They have two arguments about ratios. Only one of which they mentioned this morning. Correct. They have two arguments about ratios. One of their arguments is that Halbert has a constant specified data rate because the rate of data transfer at the interface to the controller is always twice the rate of data transfer at the interface to the ranks. That's what I understand their first argument to be. I understand... They didn't mention that this morning. Well, then I'm happy to not address it unless your honors have questions on that one. I'm just trying to confirm. That's my understanding. They made the second argument about the ratio with the straw. So I understood my friend's reference to Halbert disclosing a data rate of twice the rate of the registered DIMM. I understood that to be another way of making their ratio argument that I just articulated. But I confess that I find the argument somewhat difficult to parse. And so I may be misunderstanding. I'll address the argument about the strobe cycle that my friend spent a significant amount of time on. They're really... They say that the ratio of the data to the strobe signal is the same because there's a stronger strobe signal between the multiplexer and the controller than there is between the ranks and the multiplexer. Right? Right. And the reason that that argument fails is because it doesn't make any sense in the context of the claims. The claims require that not just data signals but also strobe signals be sent at the specified data rate. It would not make sense to use the strobe rate as the baseline or the thing that you're measuring the strobe against. The other problem with their argument is that the whole point of strobe signals is that they are supposed to be synchronized with data because they signal that the data is present and valid. Their own expert at Appendix 1898 admitted that, quote, data strobes are in a one-to-one correspondence with data, end quote. And so again, it would not make sense to use the strobe cycle as the baseline to measure the data rate because the data rate would always be one because that's how strobe signals work. The board's analysis was spot on here. The board observed that under antecedent basis principles, the data rate has to be the same all the way through. And then the board made a factual finding at Appendix 12 that Halbert's memory module outputs data to the system memory data bus at twice the rate that each of the ranks 140 and 142 outputs data. And the board expressly credited our experts' testimony about how Halbert works. Given the concession... But they're right that the ratio between the data signal and the strobe signal is one-to-one. It's just that the strobe signal is different from the multiplexer, the controller, and the ranks to the multiplexer. They are correct about the factual point that the ratio between the data and the strobe signal is one-to-one on both sides of the multiplexer, yes. My point is just that that is not a reasonable way to think about a data rate because, among other things, the claims require that the strobe be transmitted at the data rate as well. And so given this concession that the rates have to be the same, given the board's factual finding that in Halbert the rates are not the same, the board's decision is supported by substantial evidence and should be affirmed. If the court has further questions on any of the issues raised, I'm happy to address them. Otherwise, I'll cede the balance of my time. Thank you. Okay, thank you, Your Honors. Mr. Rokin, you have two minutes. Hello again, Your Honors. A couple of rebuttal points. One, my friend argued that Mike did not argue below that Halbert's figure four disclosed non-concurrent. I direct the board to at least the red brief here where Nellis admitted that Mike, this is a quote, Mike couldn't argue that Halbert's figure four is not limited to an embodiment where the ranks operate concurrently. So they are saying something different in their briefing. Second, as I believe Your Honor may have indicated, there is no showing here that Nellis expert, that the board credits Nellis expert that Halbert only has a concurrent mode and not a non-concurrent mode. That finding was never made. The only finding here by the board is that Halbert does disclose a non-concurrent mode. Third, my friend said that our interpretation of pieces of data per strobe doesn't make sense because the claim recites transferring data and transferring data strobes at the specified data rate shows why our construction is correct. It wouldn't make sense to transfer data strobes at a rate of pieces of data per memory bus clock cycle. Pieces of data and strobes are different. The only way for the plain claim language to make sense is if you have a relationship between the data and the strobe, which is what we're showing in Halbert. One piece of data per strobe transferred at the ranks and also at the module. Here, we identified that in the petition. It was unrebutted. That's the important part is we identified that if a CEDA would understand the intrinsic evidence supports it, Halbert says it, you can have a data per strobe rate. They didn't address it. The only thing that they did to address it for DDR devices, you call that one piece of datum per strobe phase. Their expert admitted it. First time they're disputing this is on appeal. Second, for the 745 petition, you have industry specified device, standardized devices, DDR, DRAMs in Halbert. You have the industry standard that says these things receive, they're configured to receive chip select signals. You have Halbert's figure two showing that you have non-active and active chip select signals. The board made a factual finding that these would work quite well with the non-concurrent mode that Halbert has. That is unrebutted. Unless the panel has other questions, thank you for your time. Okay, thank you. Thank both council and cases submitted.